**Mark D. WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69232.**

Missouri Court of Appeals,
Western District.

June 30, 2009.

Mark A. Grothoff, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Three: JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and JAMES E. WELSH, Judge.

## ORDER

PER CURIAM:

Mark D. Walker appeals the circuit court's order denying his Rule 29.15 motion for post-conviction relief in which he claimed that the State failed to disclose that its witness had prior convictions. After a thorough review of the record, we

conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A published opinion would have no precedential value; however, a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).